IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CHERYL MAPLES and**                                               **PLAINTIFFS**
**BILLY DOSWELL**

**vs.**                                    **CIVIL ACTION NO.: 5:15-cv-00085DCB-MTP**

**FERRELLGAS PARTNERS, L.P.;**                          **DEFENDANTS**
**FERRELLGAS, L.P.; WORTHINGTON**
**INDUSTRIES, INC.; WORTHINGTON**
**CYLINDERS CORPORATION; and**
**JOHN DOES 1-10**

## ORDER

The matter before the Court is a Joint Motion for Entry of an Agreed Upon Order Dismissing Defendant Ferrellgas Partners, L.P. filed by Plaintiffs Cheryl Maples and Billy Doswell and Defendants Ferrellgas Partners, L.P. and Ferrellgas, L.P., and based upon a review of the motion,

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that all claims against Defendant Ferrellgas Partners, L.P. in the above-entitled cause shall be dismissed without prejudice. Each party will bear their/its respective costs and attorney's fees.

DONE and ORDERED this 4th day of February, 2016
.

                                                         s/David Bramlette
                                                         UNITED STATES DISTRICT JUDGE